# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thompson, Anne E. | U.S. District Court | 01/02/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Senior Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

402 E. State Street
Room 4000
Trenton, NJ 08608

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Criminal Law Drafting Committee | National Conference of Bar Examiners |
| 2. | Co-Trustee | Trust #1 - U/W Wm. Thompson Art. Fifth |
| 3. | Co-Trustee | Trust #2 - U/W Wm. Thompson Art. Sixth |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 01/02/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | National Conference of Bar Examiners -- Fees earned for drafting, editing & revising bar exam and evaluating performance of test questions. | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | June 21-23, 2013 | Martha's Vineyard, MA | Activity of Organization | Airfare, Hotel, Meals & Local Transportation |
| 2. | National Conference of Bar Examiners | October 4-6, 2013 | New York, NY | Activity of Organization | Airfare, Hotel, Meals & Local Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 01/02/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Sun Nat'l Bank Checking Account | A | Interest | K | T | | | | | |
| 2. Dukes County Bank Account | | None | J | T | | | | | |
| 3. Glenmede Tax-Exempt Fund | | None | J | T | | | | | |
| 4. Exelon Corporation | | None | | | Sold | 01/03/13 | J | A | |
| 5. Intel Corp | A | Dividend | J | T | | | | | |
| 6. HJ Heinz Co | A | Dividend | | | Sold | 04/18/13 | J | B | |
| 7. Freeport McMoran Copper Gold Inc. | A | Dividend | J | T | | | | | |
| 8. Coach Inc. | A | Dividend | J | T | | | | | |
| 9. Baxter Intl Inc | | None | J | T | Buy | 11/13/13 | J | | |
| 10. TRUST #1 -- U/W Wm. Thompson Art. Fifth | D | Dividend | O | T | | | | | |
| 11. -- Fidelity Diversified Int'l Fund | | | | | | | | | |
| 12. -- Fidelity Money Market Cash Reserves | | | | | | | | | |
| 13. -- Fidelity Advisor New Insights Fund | | | | | | | | | |
| 14. -- Fidelity Real Estate Investment Fund | | | | | | | | | |
| 15. -- Fidelity Blue Chip Growth Fund | | | | | | | | | |
| 16. -- Fidelity NJ Municipal Income Fund | | | | | | | | | |
| 17. -- Fidelity Short-Inter Mediate Muni Income Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 01/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- AllianceBern Muni Inc Fund II NJ | | | | | | | | | |
| 19. -- Baron Growth Fund | | | | | | | | | |
| 20. -- DWS Strategic High Yield Tax Free CL S | | | | | | | | | |
| 21. -- Diamond Hill Small Cap Fund CL A | | | | | | | | | |
| 22. -- Franklin NJ Tax Free Income Fund A | | | | | | | | | |
| 23. -- Harbor Capital Appreciation Fund | | | | | Sold (part) | 10/03/13 | J | C | |
| 24. -- Hartford Capital Appreciation Fund CL A | | | | | Sold (part) | 02/26/13 | J | C | |
| 25. -- Hartford Capital Appreciation Fund CL A | | | | | Sold (part) | 10/03/13 | J | A | |
| 26. -- Hotchkins & Wiley Mid Cap Value Fund CL A | | | | | | | | | |
| 27. -- Morgan Stanley Mid Cap Growth Port CL P | | | | | | | | | |
| 28. -- Mutual Series Mutual Shares CL A | | | | | | | | | |
| 29. -- Nuveen NJ Muni Bond Fund CL A | | | | | | | | | |
| 30. -- T Rowe Price Mid Cap Value Fund Adv Class | | | | | | | | | |
| 31. -- T Rowe Price Value Fund Adv Class | | | | | | | | | |
| 32. -- Royce PA Mutual Fund | | | | | | | | | |
| 33. -- S&P 500 Depository Receipt | | | | | Buy (add'l) | 02/28/13 | J | | |
| 34. -- CRM Mid Cap Value Investor Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 01/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Pimco Commodity Real Ret Strat Admin | | | | | Sold | 05/06/13 | J | A | |
| 36. -- Invesco Int'l Growth Fund | | | | | | | | | |
| 37. -- Thornburg Int'l Value Fund | | | | | | | | | |
| 38. -- Vitrus Foreign Opportunities Fund | | | | | | | | | |
| 39. -- Templeton Global Bond Fund | | | | | Buy (add'l) | 02/26/13 | J | | |
| 40. -- Templeton Global Bond Fund | | | | | Sold (part) | 07/09/13 | J | A | |
| 41. -- Templeton Global Bond Fund | | | | | Sold (part) | 10/04/13 | J | A | |
| 42. -- MFS International Diversification Fund | | | | | | | | | |
| 43. -- T Rowe Tax Free Inc Fund | | | | | Buy (add'l) | 07/09/13 | J | | |
| 44. -- EV Parametric Structured Emerging Markets | | | | | | | | | |
| 45. -- Aston/River Road Dividend All Cap | | | | | Sold (part) | 10/04/13 | J | B | |
| 46. -- Causeway International Value | | | | | Buy (add'l) | 07/09/13 | J | | |
| 47. -- FMI Large Cap Fund | | | | | | | | | |
| 48. -- Lazard Emerging Markets | | | | | Buy (add'l) | 05/06/13 | J | | |
| 49. -- Lazard Emerging Markets | | | | | Sold (part) | 07/09/13 | J | A | |
| 50. -- Lazard Emerging Markets | | | | | Sold (part) | 10/04/13 | J | A | |
| 51. -- MFS Research Int'l | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 01/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Primecap Odyssey Growth Fund | | | | | | | | | |
| 53. -- IShares TR Russell 1000 Value Index | | | | | Buy (add'l) | 07/11/13 | J | | |
| 54. -- IShares TR Russell 100 Growth Index | | | | | | | | | |
| 55. -- Fidelity Municipal Income | | | | | Sold (part) | 07/09/13 | J | A | |
| 56. -- Fidelity Municipal Income | | | | | Buy (add'l) | 10/04/13 | J | | |
| 57. -- Fidelity Municipal Income | | | | | Buy (add'l) | 12/06/13 | J | | |
| 58. -- Fidelity Municipal Income | | | | | Buy (add'l) | 12/20/13 | J | | |
| 59. -- Goldman Sachs Commodity Strat | | | | | Sold (part) | 05/06/13 | J | A | |
| 60. -- Goldman Sachs Commodity Strat | | | | | Sold | 07/01/13 | J | A | |
| 61. -- Artisan Small Cap Fund | | | | | | | | | |
| 62. -- Wells Fargo Short-Term Muni Inc | | | | | Buy (add'l) | 02/26/13 | J | | |
| 63. -- Wells Fargo Short-Term Muni Inc | | | | | Sold (part) | 05/06/13 | J | A | |
| 64. -- IShares TR Russell 1000 Index Fund | | | | | | | | | |
| 65. -- Vanguard Growth Vipers | | | | | | | | | |
| 66. -- Vanguard Value Vipers | | | | | | | | | |
| 67. -- T Rowe Emerging Mkts | | | | | Buy | 05/06/13 | J | | |
| 68. -- T Rowe Emerging Mkts | | | | | Sold | 07/09/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 01/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Aberdeen Emerging Markets | | | | | Buy | 07/09/13 | J | | |
| 70. -- Oppenheimer International Bond | | | | | Buy | 07/09/13 | J | | |
| 71. -- Financial Select Sector | | | | | Buy | 10/08/13 | J | | |
| 72. TRUST #2 -- U/W Wm. Thompson Art. Sixth | D | Dividend | O | T | | | | | |
| 73. -- Fidelity Diversified Int'l Fund | | | | | | | | | |
| 74. -- Fidelity Money Market Cash Reserves | | | | | | | | | |
| 75. -- Fidelity Advisor Mid Cap Fund II CL I | | | | | Sold (part) | 06/21/13 | J | A | |
| 76. -- Fidelity Advisor Int'l Discovery Fund CL I | | | | | | | | | |
| 77. -- Fidelity Real Estate Investment Fund | | | | | | | | | |
| 78. -- Fidelity Blue Chip Growth Fund | | | | | | | | | |
| 79. -- Allianz NFJ Dividend Value Fund | | | | | | | | | |
| 80. -- Baron Growth Fund | | | | | | | | | |
| 81. -- DWS Strategic High Yield Tax Free CL S | | | | | Sold (part) | 02/26/13 | J | B | |
| 82. -- Diamond Hill Small Cap Fund CL A | | | | | | | | | |
| 83. -- Franklin NJ Tax Free Income Fund A | | | | | Sold (part) | 06/24/13 | K | A | |
| 84. -- Franklin NJ Tax Free Income Fund A | | | | | Buy (add'l) | 08/27/13 | K | | |
| 85. -- Harbor Capital Appreciation Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 01/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Hartford Capital Appreciation Fund CL A | | | | | Sold (part) | 02/26/13 | J | C | |
| 87. -- IShares TR Russell 100 Growth Index Fund | | | | | | | | | |
| 88. -- Mutual Series Mutual Shares CL A | | | | | | | | | |
| 89. -- Nuveen NJ Muni Bond Fund CL A | | | | | Buy (add'l) | 06/24/13 | L | | |
| 90. -- Nuveen NJ Muni Bond Fund CL A | | | | | Sold (part) | 08/27/13 | L | A | |
| 91. -- RS Value Fund | | | | | | | | | |
| 92. -- T Rowe Price Mid Cap Value Fund Adv Class | | | | | | | | | |
| 93. -- T Rowe Price Value Fund Adv Class | | | | | | | | | |
| 94. -- Royce PA Mutual Fund | | | | | | | | | |
| 95. -- S&P 500 Depository Receipt | | | | | Buy (add'l) | 05/07/13 | J | | |
| 96. -- CRM Mid Cap Value Investor Fund | | | | | | | | | |
| 97. -- Invesco Int'l Growth Fund | | | | | | | | | |
| 98. -- Artisan Int'l Value Fund | | | | | | | | | |
| 99. -- American EuroPacific Growth Fund | | | | | | | | | |
| 100. -- SSGA Emerging Markets | | | | | Sold | 06/24/13 | J | A | |
| 101. -- Thornburg Int'l Value Fund | | | | | | | | | |
| 102. -- AllianceBern Muni Inc II NJ Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 01/02/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Fidelity NJ Muni Income | | | | | Buy (add'l) | 05/03/13 | J | | |
| 104. -- Fidelity NJ Muni Income | | | | | Sold (part) | 06/24/13 | J | A | |
| 105. -- Fidelity NJ Muni Income | | | | | Buy (add'l) | 08/27/13 | K | | |
| 106. -- MFS International Diversification Fund | | | | | | | | | |
| 107. -- Pimco Commodity Real Return Strat Admin | | | | | Buy (add'l) | 02/26/13 | J | | |
| 108. -- Pimco Commodity Real Return Strat | | | | | Sold | 05/03/13 | K | A | |
| 109. -- Fidelity Advisor New Insights | | | | | | | | | |
| 110. -- EV Parametric Structure Emerging Markets | | | | | | | | | |
| 111. -- T Rowe Price Tax Free Income | | | | | Buy (add'l) | 05/03/13 | J | | |
| 112. -- T Rowe Price Tax Free Income | | | | | Sold (part) | 06/24/13 | J | A | |
| 113. -- T Rowe Price Tax Free Income | | | | | Buy (add'l) | 08/27/13 | K | | |
| 114. -- Dodge & Cox Stock Fund | | | | | | | | | |
| 115. -- IShares TR 1000 Index | | | | | | | | | |
| 116. -- IShares TR 1000 Value Index | | | | | | | | | |
| 117. -- Fidelity Municipal Income | | | | | Buy (add'l) | 02/26/13 | J | | |
| 118. -- Fidelity Municipal Income | | | | | Sold (part) | 06/21/13 | K | A | |
| 119. -- Fidelity Municipal Income | | | | | Sold | 08/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 01/02/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -- Oakmark International | | | | | | | | | |
| 121. -- IShares Msci EAFE Index | | | | | | | | | |
| 122. -- IShares TR Russell Midcap Value Index | | | | | Sold (part) | 06/26/13 | J | A | |
| 123. -- Fidelity High Income | | | | | Sold | 02/26/13 | J | A | |
| 124. -- Templeton Global Bond | | | | | Buy (add'l) | 02/26/13 | J | | |
| 125. -- Templeton Global Bond | | | | | Sold (part) | 06/21/13 | J | A | |
| 126. -- Templeton Global Bond | | | | | Sold | 08/27/13 | J | A | |
| 127. -- Templeton Global Bond | | | | | Buy | 11/07/13 | J | | |
| 128. -- Fidelity-Short-Inter Muni | | | | | Sold (part) | 06/24/13 | J | A | |
| 129. -- Fidelity-Short-Inter Muni | | | | | Sold | 08/27/13 | K | A | |
| 130. -- T Rowe Price International Stock | | | | | Buy (add'l) | 06/24/13 | J | | |
| 131. -- Wells Fargo Short-Term Muni Inc | | | | | Buy (add'l) | 02/25/13 | J | | |
| 132. -- Wells Fargo Short-Term Muni Inc | | | | | Buy (add'l) | 08/26/13 | J | | |
| 133. -- T Rowe Emerging Mkts | | | | | Buy | 05/03/13 | J | | |
| 134. -- T Rowe Emerging Mkts | | | | | Sold | 06/24/13 | J | A | |
| 135. -- Aberdeen Emerging Markets | | | | | Buy | 06/24/13 | J | | |
| 136. -- Fidelity Emerging Markets | | | | | Buy | 06/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 01/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -- Fidelity Tax Free Bond | | | | | Buy | 06/24/13 | K | | |
| 138. -- Fidelity Tax Free Bond | | | | | Sold | 08/27/13 | K | A | |
| 139. -- Oppenheimer International Bond | | | | | Buy | 06/24/13 | J | | |
| 140. -- Oppenheimer International Bond | | | | | Buy (add'l) | 08/27/13 | J | | |
| 141. -- Blackrock National Muni | | | | | Buy | 12/20/13 | J | | |
| 142. GLENMEDE IRA | E | Distribution | O | T | | | | | |
| 143. -- Glenmede Core Fixed Income Port | | | | | Buy (add'l) | 12/02/13 | L | | |
| 144. -- Exxon Mobil Corp | | | | | | | | | |
| 145. -- Johnson & Johnson | | | | | | | | | |
| 146. -- Glenmede Govt Cash Fund | | | | | | | | | |
| 147. -- Devon Energy | | | | | | | | | |
| 148. -- Qualcomm Corp | | | | | Sold (part) | 07/25/13 | J | B | |
| 149. -- AT&T Inc | | | | | | | | | |
| 150. -- Google Inc | | | | | Sold | 07/25/13 | K | D | |
| 151. -- Exelon Corp | | | | | | | | | |
| 152. -- Paychex Inc | | | | | Sold | 06/18/13 | J | C | |
| 153. -- Intel Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 01/02/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- Templeton Global Bond Fund | | | | | | | | | |
| 155. -- Legg Mason Brandywine Global Fund | | | | | | | | | |
| 156. -- Schlumberger Ltd | | | | | Sold | 03/06/13 | J | C | |
| 157. -- Matthews Asian & Growth Income Fund | | | | | | | | | |
| 158. -- HJ Heinz Co | | | | | Sold | 04/23/13 | J | D | |
| 159. -- Kellogg Co | | | | | | | | | |
| 160. -- E I DuPont de Nemours & Co | | | | | | | | | |
| 161. -- PNC Financial Services Group | | | | | Sold | 10/07/13 | J | B | |
| 162. -- Conocophillips | | | | | | | | | |
| 163. -- Mosaic Co | | | | | Sold | 01/07/13 | J | A | |
| 164. -- Mosaic Co | | | | | Buy | 08/07/13 | J | | |
| 165. -- Microchip Technology Inc | | | | | | | | | |
| 166. -- Glenmede Fund Inc Advisor Small Cap | | | | | Sold (part) | 08/08/13 | J | A | |
| 167. -- Dupont Capital Emerging Markets | | | | | | | | | |
| 168. -- 3M Co | | | | | Sold | 01/07/13 | J | B | |
| 169. -- Cognizant Tech Solutions | | | | | Sold (part) | 09/18/13 | J | B | |
| 170. -- Cognizant Tech Solutions | | | | | Sold | 10/11/13 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 01/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- Avago Technologies Ltd | | | | | Sold | 10/04/13 | J | C | |
| 172. -- Emerson Electric Co | | | | | Sold | 10/16/13 | J | C | |
| 173. -- Baker Hughes Inc | | | | | Sold | 08/08/13 | J | A | |
| 174. -- American Express Co. | | | | | | | | | |
| 175. -- Matthews Pacific Tiger Fund | | | | | | | | | |
| 176. -- Van Eck Global Hard Assets | | | | | | | | | |
| 177. -- Freeport McMoran Copper Gold Inc | | | | | | | | | |
| 178. -- Tupperware Corp | | | | | Sold (part) | 06/12/13 | J | B | |
| 179. -- Novartis AG ADR | | | | | Sold | 06/10/13 | J | C | |
| 180. -- Coach Inc | | | | | | | | | |
| 181. -- Graco Inc | | | | | Sold (part) | 06/14/13 | J | C | |
| 182. -- Nike Inc | | | | | Sold (part) | 09/17/13 | J | B | |
| 183. -- Nike Inc | | | | | Sold | 10/18/13 | J | C | |
| 184. -- Apple Inc | | | | | Buy (add'l) | 01/09/13 | J | | |
| 185. -- Apache Corp | | | | | | | | | |
| 186. -- Coca Cola Co | | | | | | | | | |
| 187. -- Dollar Tree Inc | | | | | Buy | 02/01/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 01/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- Dollar Tree Inc | | | | | Sold | 10/08/13 | J | C | |
| 189. -- Merck & Co Inc | | | | | Buy | 02/04/13 | J | | |
| 190. -- General Electric | | | | | Buy | 02/22/13 | J | | |
| 191. -- Abbvie Inc Co | | | | | Buy | 03/11/13 | J | | |
| 192. -- Wells Fargo Co | | | | | Buy | 03/12/13 | J | | |
| 193. -- Astrazeneca PLC | | | | | Buy | 03/18/13 | J | | |
| 194. -- Seyworks Solutions | | | | | Buy | 04/22/13 | J | | |
| 195. --National Oilwell Varco Inc | | | | | Buy | 05/01/13 | J | | |
| 196. -- Ensco PLC | | | | | Buy | 06/25/13 | J | | |
| 197. -- Celgene Corp | | | | | Buy | 06/25/13 | J | | |
| 198. -- Allergan Inc | | | | | Buy | 06/26/13 | J | | |
| 199. -- Ebay Inc | | | | | Buy | 10/22/13 | J | | |
| 200. -- Franklin Resources Inc | | | | | Buy | 11/01/13 | J | | |
| 201. -- Cisco Systems | | | | | Buy | 11/06/13 | J | | |
| 202. -- Baxter Intl Inc | | | | | Buy | 11/13/13 | J | | |
| 203. -- Blackrock Strategic Income | | | | | Buy | 12/02/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 01/02/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This report is being amended to add one more asset that was not included on the original report. On Part VII, Line 54, the asset "Ishares TR Russell 100 Growth Index" has been added.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anne E. Thompson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544